IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BASHE ABDI YOUSUF, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) 1:04cv1360 |
| | ) |
| MOHAMED ALI SAMANTAR, | ) |
| | ) |
| Defendant. | ) |

ORDER

For the reasons stated in open court and in the accompanying Memorandum Opinion, the defendant's Motion to Dismiss Second Amended Complaint has been GRANTED, and it is hereby

ORDERED that the Clerk enter judgment in the defendant's favor pursuant to Fed. R. Civil P. 58.

The Clerk is directed to forward copies of this Order and the accompanying Memorandum Opinion to counsel of record.

Entered this 1st day of August, 2007.

/s/
Leonie M. Brinkema
United States District Judge

Alexandria, Virginia